UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **ROSA ANN HARRIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:18-cv-00101-WCL-SLC |
| | ) |
| **COMMUNITY HEALTH SYSTEMS,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

On June 25, 2018, Defendants Community Health Systems and Lutheran Health Network ("Health Systems Defendants") filed a motion to dismiss *pro se* Plaintiff Rosa Harris's complaint. (DE 21). The Health Systems Defendants seek to dismiss the complaint in this employment discrimination case because Harris does not assert in her complaint that the Health Systems Defendants employed Harris or that they took any employment action against her. The District Judge referred the motion to dismiss to the undersigned Magistrate Judge for a report and recommendation. (DE 40).

On September 19, 2018, attorney Rachel Guin-Lowry entered an appearance as counsel to Harris. (DE 50). Subsequently, the undersigned Magistrate Judge promulgated a briefing schedule for the Health Systems Defendants' motion to dismiss. (DE 53). Harris filed her response to the motion to dismiss on October 15, 2018, seeking leave of Court to amend her complaint and attaching a proposed amended complaint. (DE 56). The Court held a status conference on October 17, 2018, at which Plaintiff requested leave of Court to amend her proposed amended complaint. (DE 57). Defendants did not object to the amendment, and the Court, being duly advised, granted the oral motion. (DE 57). Accordingly, on October 23, 2018,

Plaintiff filed an amended version of her proposed amended complaint. (DE 58).

In Harris's response to the motion to dismiss, she seeks leave of Court to amend the original complaint to properly identify the parties involved. Harris and the Health Systems Defendants agree that the proposed amended complaint "properly identifies the correct Defendants and any further issues with named Defendants will likely be resolved with discovery." (DE 56 at 1). The deadline for Harris to amend her pleadings was September 11, 2018 (DE 16; DE 19), and thus, she must show "good cause" to amend her complaint, Fed. R. Civ. P. 6(b). In an effort to show good cause, Harris represents that attorney Guin-Lowry was recruited as counsel on September 19, 2018, and has since been familiarizing herself with the case. (DE 56 ¶ 3). Having considered Harris's reason, the I CONCLUDE that she has demonstrated good cause to amend her complaint.

Moreover, Defendants do not to oppose Harris's request to amend her complaint. (*See* DE 57). Because Harris's request to amend her complaint is unopposed, and because the Court should freely give leave to amend when justice so requires, Fed. R. Civ. P. 15(a)(2), I RECOMMEND that Harris be granted leave of Court to amend her complaint, and that her Modified First Amended Complaint (DE 58) be shown as filed.

When a plaintiff timely files an amended complaint following a defendant's motion to dismiss, "the prior pleading is withdrawn and the amended pleading is controlling." *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008); *see Troyer v. Heneghan*, No. 1:16-CV-146, 2017 WL 6352310, at *2 (N.D. Ind. Feb. 1, 2017). Therefore, I RECOMMEND that Harris's Modified First Amended Complaint be deemed controlling, and that the Health Systems Defendants' motion to dismiss (DE 21), which sought to dismiss Harris's original *pro se* complaint, be DEEMED MOOT.

The Clerk is directed to send a copy of this Report and Recommendation to counsel for

both parties.  NOTICE IS HEREBY GIVEN that within 14 days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings or recommendations.  Fed. R. Civ. P. 72(b).  FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.  *See Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

    Entered this 29th day of October 2018.

                                              /s/ Susan Collins  
                                              Susan Collins  
                                              United States Magistrate Judge